**Order filed January 6, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00595-CV
_____

**SHERRY BANKS FAULKNER, Appellant**

**V.**

**AMANDA H. JOHNSON, Appellee**

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0079124**

## O R D E R

Appellant's brief was due December 29, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 7, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.